**NOT FOR PUBLICATION IN WEST'S HAWAIʻI REPORTS AND PACIFIC REPORTER**

Electronically Filed
Intermediate Court of Appeals
CAAP-19-0000103
09-MAR-2023
08:00 AM
Dkt. 61 OAWST

NO. CAAP-19-0000103

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAIʻI

U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR
THE STRUCTURED ASSET INVESTMENT LOAN TRUST, 2006-BNC3,
Plaintiff-Appellee,

vs.

STEVEN D. WARD,
Defendant-Appellant,

and

JOHN DOES 1-10; JANE DOES 1-10; DOE PARTNERSHIPS 1-10;
DOE CORPORATIONS 1-10; DOE ENTITIES 1-10; and
GOVERNMENTAL UNITS 1-10,
Defendants

APPEAL FROM THE CIRCUIT COURT OF THE THIRD CIRCUIT
(CIVIL NO. 16-1-248K)

ORDER APPROVING THE MARCH 2, 2023
STIPULATION FOR DISMISSAL WITHOUT
PREJUDICE PURSUANT TO RULE 42(b) HRAP
(By: Leonard, Presiding Judge, Wadsworth and McCullen, JJ.)

Upon consideration of the Stipulation for Dismissal Without Prejudice Pursuant to Rule 42(b) HRAP (**Stipulation for Dismissal**) filed on March 2, 2023, by Plaintiff-Appellee, the papers in support, and the records and files herein,

IT IS HEREBY ORDERED that the Stipulation for Dismissal is approved and Appeal No. CAAP-19-0000103 is dismissed.  The parties shall bear their own appellate costs and fees.

DATED:  Honolulu, Hawaiʻi, March 9, 2023.

/s/ Katherine G. Leonard
Presiding Judge

/s/ Clyde J. Wadsworth
Associate Judge

/s/ Sonja M.P. McCullen
Associate Judge